UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

REGINA MARDNICE LEE ALICHE  
1912 BRIGHTWOOD SCHOOL ROAD  
GREENSBORO, NC  27405

CASE NO. 20-10347  
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-3887

DATE: 04/29/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ANES CONSULTANTS<br>P O BOX 740931<br>ATLANTA, GA  30374 | $0.00<br>INT:  .00%<br>NAME ID:  173862<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:  6140<br>COMMENT: |
| ANES CONSULTANTS<br>P O BOX 740931<br>ATLANTA, GA  30374 | $0.00<br>INT:  .00%<br>NAME ID:  173862<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:  3887<br>COMMENT: |
| BRIGHTWOOD LANDING HOA<br>% PRESTIGE MGMT GROUP INC<br>1110 A DOVER RD<br>GREENSBORO, NC  27408 | MONTHLY PMT  $59.00<br>INT:  .00%<br>NAME ID:  181963<br>CLAIM #:  0004 | (X) SPECIAL-UNSECURED<br><br>ACCT:  7825<br>COMMENT:  ASDU,CTD EFF JUL20 |
| BRIGHTWOOD LANDING HOA<br>% PRESTIGE MGMT GROUP INC<br>1110 A DOVER RD<br>GREENSBORO, NC  27408 | $177.00<br>INT:  .00%<br>NAME ID:  181963<br>CLAIM #:  0005 | (X) SPECIAL-UNSECURED<br><br>ACCT:  7825<br>COMMENT:  ASDU,POST-PET,ARR THRU JUN20,421OR |
| BRIGHTWOOD LANDING HOA<br>% PRESTIGE MGMT GROUP INC<br>1110 A DOVER RD<br>GREENSBORO, NC  27408 | $7,871.20<br>INT:  .00%<br>NAME ID:  181963<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT:  7825<br>COMMENT:  ASDU,PRE-PET,ARR,421OR |
| CAPITAL ONE<br>1680 CAPITAL ONE DR<br>MCLEAN, VA  22102 | $0.00<br>INT:  .00%<br>NAME ID:  43891<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:  1679<br>COMMENT: |
| COMPLETE CREDIT SOLUTIONS<br>ATTN MANAGING AGENT<br>2921 BROWN TRL STE R100<br>BEDFORD, TX  76021-4144 | $0.00<br>INT:  .00%<br>NAME ID:  60629<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:  3887<br>COMMENT: |
| CONE HEALTH<br>ATTN OFFICER/MANAGING AGENT<br>P O BOX 650292<br>DALLAS, TX  75265-0292 | $0.00<br>INT:  .00%<br>NAME ID:  173547<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:  CCTS<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| CREDIT COLLECTION SERVICES<br>725 CANTON ST<br>NORWOOD, MA  02062 | $0.00<br>INT: .00%<br>NAME ID: 160086<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3887<br>COMMENT: | |
| GENESIS FS CARD SERVICES<br>P O BOX 23013<br>COLUMBUS, GA  31902 | $0.00<br>INT: .00%<br>NAME ID: 172949<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6486<br>COMMENT: | |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0031 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: | |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,870.20<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 3887<br>COMMENT:  OC,820A,620A,620A,620A | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $10,927.05<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 3887<br>COMMENT:  820A,620A.620A,620A | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $4,283.38<br>INT: 5.00%<br>NAME ID: 123769<br>CLAIM #: 0029 | (S) SECURED<br><br>ACCT: 3887<br>COMMENT:  820OR,820A,620A,620A,620A | |
| LENDMARK<br>ATTN OFFICER<br>400 E HANES MALL RD<br>WINSTON SALEM, NC  27105 | $0.00<br>INT: .00%<br>NAME ID: 181903<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| LENDMARK FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY DEPT<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $400.00<br>INT: 6.75%<br>NAME ID: 170298<br>CLAIM #: 0011 | (S) SECURED<br><br>ACCT: 4295<br>COMMENT:  OC,PP | |
| LENDMARK FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY DEPT<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $3,815.19<br>INT: .00%<br>NAME ID: 170298<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 4295<br>COMMENT:  SPLIT | |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $846.16<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 2829<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,231.98<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT:  OC | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $747.41<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 17TX<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $6,923.90<br>INT:  .00%<br>NAME ID: 162216<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 0422<br>COMMENT: |
| PURCHASING POWER LLC<br>2727 PACES FERRY RD SE BLDG 2 STE 1200<br>ATLANTA, GA  30339 | $384.58<br>INT:  .00%<br>NAME ID: 182287<br>CLAIM #: 0026 | (U) UNSECURED<br><br>ACCT: 1557<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>GENESIS FS CARD<br>P O BOX 788<br>KIRKLAND, WA  98083 | $525.88<br>INT:  .00%<br>NAME ID: 182213<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 6486<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $537.02<br>INT:  .00%<br>NAME ID: 179331<br>CLAIM #: 0032 | (U) UNSECURED<br><br>ACCT: 8843<br>COMMENT: |
| SELECT PORTFOLIO SERVICING<br>ATTN OFFICER<br>3217 S DECKER LAKE DR<br>SALT LAKE CITY, UT  84119 | MONTHLY PMT  $675.37<br>INT:  .00%<br>NAME ID: 182273<br>CLAIM #: 0007 | (H) ONGOING-SECURED<br><br>ACCT: 1726<br>COMMENT:  DT RERP,CTD EFF JUL20,421A |
| SELECT PORTFOLIO SERVICING<br>ATTN OFFICER<br>3217 S DECKER LAKE DR<br>SALT LAKE CITY, UT  84119 | $4,284.32<br>INT:  .00%<br>NAME ID: 182273<br>CLAIM #: 0008 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 1726<br>COMMENT:  ARR THRU MAR20 |
| SELECT PORTFOLIO SERVICING<br>ATTN OFFICER<br>3217 S DECKER LAKE DR<br>SALT LAKE CITY, UT  84119 | $2,026.11<br>INT:  .00%<br>NAME ID: 182273<br>CLAIM #: 0009 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 1726<br>COMMENT:  ARR APR THRU JUN20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $13,465.13<br>INT:  6.75%<br>NAME ID: 170064<br>CLAIM #: 0010 | (V) VEHICLE-SECURED<br><br>ACCT: 7501<br>COMMENT:  14HOND,321A |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #: 0027 | (S) SECURED<br>AMENDED<br>ACCT: 7552<br>COMMENT:  OC,SEE CLM 30 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $6,777.46<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #: 0030 | (U) UNSECURED<br><br>ACCT: 7552<br>COMMENT:  OC |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $0.00<br>INT:  .00%<br>NAME ID: 151523<br>CLAIM #: 0028 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3887<br>COMMENT: |
| **TOTAL:** | **$67,880.34** | |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10347

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 04/29/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/ Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
   Attorney for Debtor - Electronic Notice